UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| PATRIOT MEDICAL LABORATORIES LLC d/b/a CIAN DIAGNOSTICS,<br>     Plaintiff<br><br>v.<br><br>PARAMOUNT HEALTHCARE CONSULTANTS LLC,<br>     Defendant | §<br>§<br>§<br>§<br>§     Case No. _____<br>§<br>§<br>§<br>§ |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE DAVID BRIONES, UNITED STATES DISTRICT JUDGE:

COMES NOW, Patriot Medical Laboratories LLC d/b/a CIAN Diagnostics, Plaintiff, and respectfully shows:

1. Plaintiff Patriot Medical Laboratories LLC d/b/a CIAN Diagnostics is a limited liability company formed under the laws of Maryland. Plaintiff's principal place of business is in Maryland.

2. Defendant Paramount Healthcare Consultants LLC is a limited liability company formed under the laws of Texas. Defendant's principal place of business is in Texas. Defendant may be served with process by serving its registered agent, Skynet IT Solutions Inc, at 10811 Vinecrest Drive, Houston, TX 77086.

## JURISDICTION AND VENUE

3. The Court has jurisdiction over this case under 28 U.S.C. §1332(a)(1) because Plaintiff and Defendant are citizens of different U.S. states, and the amount in controversy exceeds $75,000.00, excluding interest and costs.

4. Plaintiff is a citizen of Maryland.

5. Defendant is a citizen of Texas.

6. Venue is proper in this district under 28 U.S.C. §1391(b)(1) because Defendant, Paramount Healthcare Consultants LLC, resides in this district. Venue also is proper in this district under 28 U.S.C. §1391(b)(2) because a substantial part of the events or omissions giving rise to this claim occurred in this district.

## FACTUAL ALLEGATIONS

7. Plaintiff's allegations are made upon its information and belief.

8. This is a breach of contract case and all conditions precedent to bringing the actions asserted have been performed or have occurred.

9. Plaintiff performs Covid-19 testing for healthcare providers, schools, employers, government agencies, camps, travelers, and many other organizations.

10. Defendant owns and operates Grace Pointe Wellness Center in El Paso, Texas.

11. On or about July 17, 2020, Plaintiff and Defendant entered into a Laboratory Services Agreement (the "Agreement") in which Plaintiff agreed to provide certain clinical laboratory testing services, and to provide reports back to Defendant in an electronic format.

12. Defendant agreed to compensate Plaintiff for its work pursuant to the terms of the Agreement.

13. Plaintiff performed the clinical laboratory testing services that it agreed to perform and forwarded the reports to Defendant as agreed.

14. Plaintiff forwarded to Defendant its invoice nos. 538 and 660, both dated February 7, 2023.

15. There is due and owing by Defendant to Plaintiff the amount of $167,660.00 for invoice nos. 538 and 660.

16. On or about May 17, 2023, counsel for Plaintiff forwarded a demand letter to Defendant requesting payment of the amount owed.

17. Defendant has failed to pay Plaintiff the amounts owed.

## CAUSE OF ACTION: BREACH OF CONTRACT

18. A valid and enforceable contract – the Laboratory Services Agreement – existed between Plaintiff and Defendant.

19. Defendant agreed to compensate Plaintiff for its laboratory testing services pursuant to the Agreement.

20. Plaintiff performed all of its obligations under the Agreement.

21. Defendant breached the Agreement by failing to compensate Plaintiff as agreed.

22. As a result of Defendant's breach, Plaintiff sustained damages in an amount to be proven at trial.

## ATTORNEYS' FEES

23. Plaintiff seeks its reasonable and necessary attorneys' fees pursuant to Tex. Civ. Prac. & Rem. Code Chapter 38. Plaintiff retained counsel, who presented Plaintiff's claim to Defendant. Defendant failed to tender the amount owed within 30 days after the claim was presented.

## INTEREST

24. In addition, Plaintiff has suffered damages because Defendant has had the use of the money owed to Plaintiff since the date the money was due. Plaintiff is therefore entitled to interest on the amount due, at the rate prescribed by law.

## RELIEF REQUESTED

WHEREFORE, Patriot Medical Laboratories LLC d/b/a CIAN Diagnostics, Plaintiff, respectfully requests this Court to award the following relief:

   a. Judgment against Paramount Healthcare Consultants LLC for a sum within the jurisdictional limits of the Court;

   b. Reasonable and necessary attorneys' fees;

  c. Pre-judgment interest, post-judgment interest, and costs of Court; and

  d. Such other relief to which Plaintiff is entitled.

DATED: June 21, 2023

          Respectfully submitted,

          BARRON & NEWBURGER PC
          7320 N. MoPac Expressway, Ste. 400
          Austin, Texas 78731
          Telephone: (512) 476-9103

          By: /s/ *Kurt Sauer*
           Kurt Sauer
           Texas Bar No. 17673700
           ksauer@bn-lawyers.com
           Francesca Di Troia
           Texas Bar No. 24097596
           fditroia@bn-lawyers.com

          COUNSEL FOR PATRIOT MEDICAL
          LABORATORIES LLC D/B/A CIAN
          DIAGNOSTICS