IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| PATRIOT MEDICAL LABORATORIES LLC d/b/a CIAN DIAGNOSTICS,<br>    Plaintiff,<br><br>v.<br><br>PARAMOUNT HEALTHCARE CONSULTANTS LLC,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP-23-CV-00239-DB |

**FINAL JUDGMENT**

On December 1, 2023, Plaintiff Patriot Medical Laboratories LLC d/b/a CIAN Diagnostics filed a "Notice of Voluntary Dismissal of Action Without Prejudice," pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 13. The Court now enters a Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, it is **HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

SIGNED this 4th day of **December 2023**.

THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE